# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## District of Rhode Island

Case Number: 05-464 ML

Plaintiff:
**RICHARD HOGEBOOM, ET. AL.**

vs.

Defendant:
**DANIEL FERREIRA, ET. AL.**

Received by Vandal's Constable Service to be served on **EVELYN FERREIRA, Individually, and in her capacity as Trustee of the Daniel and Evelyn Ferreira Living Trust, 1082 HANCOCK STREET, FALL RIVER, MA 02721**.

I, Herve W. Vandal, Jr., being duly sworn, depose and say that on the **15th day of November, 2005** at **10:00 am, I:**

Served **IN HAND** a true copy of this **Summons and Complaint and Amended Complaints** to the within named herein, Daniel Ferreira with the date and hour endorsed thereon by me, pursuant to State Statues.

I certify that I am over the age of 18, have no interest in the above action, and I am in good standing, in the judicial circuit in which the process was served. Signed under the pains and penalty of perjury.

Subscribed and Sworn to before me on the 17th day of November, 2005 by the affiant who is personally known to me.

Sheryle Vandal Martin
My Commission Expires: 10/30/2009

**Herve W. Vandal, Jr.**
Constable

**Vandal's Constable Service**
**New Bedford Constable Service**
**216 Rockland Street**
**New Bedford, MA 02740**
**(508) 991-2053**
Our Job Serial Number: 2005003269

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

RICHARD HOGEBOOM, et al

V.

DANIEL FERREIRA, et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-464 ML

TO: (Name and address of Defendant)

EVELYN FERREIRA, Individually, and in her capacity as Trustee of the Daniel and Evelyn Ferreira Living Trust

1082 Hancock Street, Fall River, Massachusetts 02721

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Carl S. Levin, Esq.
Armstrong, Gibbons & Gnys, LLP
155 South Main Street; Suite 301
Providence, Rhode Island 02903

an answer to the complaint which is herewith served upon you, within TWENTY (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 11/10/05

(By) DEPUTY CLERK