**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

RICHARD HODEBOOM, MARY NARDULLI,
BRADFORD SPECK, MARY LOU SIMMONS,
& RAYMOND SPECK
*Plaintiffs*

VS. C.A. NO. 05-464ML

DANIEL FERREIRA, Individually,
DANIEL FERREIRA in his capacity as Trustee
of the Deolinda C. Ferreira Living Trust,
DANIEL FERREIRA, in his capacity as Trustee
of the Daniel and Evelyn Ferreira Living Trust,
EVELYN FERREIRA, Individually,
EVELYN FERREIRA, in her capacity as Trustee
of the Daniel and Evelyn Ferreira Living Trust, &
THE DANIEL and EVELYN FERREIRA LIVING TRUST
*Defendants*

**ENTRY OF APPEARANCE**

I hereby enter my appearance for all of the Defendants in the above entitled matter.

Marvin Homonoff, Esquire #1667
Homonoff, Levine & Pulner
367 South Main Street
Providence, RI 02903
(401) 521-3100

CERTIFICATION

I, the undersigned, hereby certify that on the 23rd day of November, 2005 I mailed a true copy of the within Entry of Appearance to Carl S. Levin, Esquire, Armstrong, Gibbons & Gnys, LLP, 155 South Main Street, Suite 301, Providence RI 02903.

Diana D. Viveiros