**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

RICHARD HOGEBOOM, MARY NARDULLI,
BRADFORD SPECK, MARY LOU SIMMONS,
& RAYMOND SPECK
*Plaintiffs*

VS. C.A. NO. 05-464ML

DANIEL FERREIRA, Individually,
DANIEL FERREIRA in his capacity as Trustee
of the Deolinda C. Ferreira Living Trust,
DANIEL FERREIRA, in his capacity as Trustee
of the Daniel and Evelyn Ferreira Living Trust,
EVELYN FERREIRA, Individually,
EVELYN FERREIRA, in her capacity as Trustee
of the Daniel and Evelyn Ferreira Living Trust, &
THE DANIEL and EVELYN FERREIRA LIVING TRUST
*Defendants*

**DEFENDANTS' ANSWER TO PLAINTIFFS' AMENDED COMPLAINT**

1. Neither admit nor deny but leave Plaintiffs to their proof thereof.

2. Neither admit nor deny but leave Plaintiffs to their proof thereof.

3. Neither admit nor deny but leave Plaintiffs to their proof thereof.

4. Neither admit nor deny but leave Plaintiffs to their proof thereof.

5. Admit

6. Admit

7. Admit

8. Admit

9. Admit

10. Admit

11. Admit

12. Admit

13. Admit

14. Admit

15. Admit

16. Admit

17. Admit

18. Admit

19. Admit

20. Defendant, Daniel Ferreira, admits that he is entitled to receive a 50 percent interest in the net assets of the Trust as a result of the assignment by Frank Ferreira to Daniel Ferreria of his interest in the assets of the trust.

21. Admit

22. Admit

23. Admit

24. Admit

25. Admit

26. Admit

27. Admit

28. Admit

29. Admit

30. Admit

31. Admit

32. Denied

33. Denied

34. Denied

35. Denied

36. Admit

COUNT I

37. Defendants reallege there responses to Paragraphs 1 through 36 as fully set forth herein.

38. Denied

39. Denied

40. Denied

41. Denied

Wherefore, Defendants pray that Plaintiffs' Complaint be dismissed and they be awarded attorney's fees plus costs.

COUNT II

42. Defendants reallege their responses to Paragraphs 1 through 36 as fully set forth herein.

43. Admit

44. Denied

45. Denied

Wherefore, Defendants pray that Plaintiffs' Complaint be dismissed and they be awarded attorney's fees plus costs.

COUNT III

46. Defendants reallege their responses to Paragraphs 1 through 36 as fully set forth herein.

47. Admit

48. Denied

49. Denied

Wherefore, Defendants pray that Plaintiffs' Complaint be dismissed and they be awarded attorney's fees plus costs.

COUNT IV

50. Defendants reallege their responses to Paragraphs 1 through 36 as fully set forth herein.

51. Denied

52. Denied

53. Denied

54. Denied

Wherefore, Defendants pray that Plaintiffs' Complaint be dismissed and they be awarded attorney's fees plus costs.

COUNT V

55. Defendants reallege their responses to Paragraph 1 through 36 as fully set forth herein.

55. Denied

56. Denied

57. Denied

58. Denied

59. Denied

60. Denied

61. Denied

Wherefore, Defendants pray that Plaintiffs' Complaint be dismissed and they be awarded attorney's fees plus costs.

COUNT VI

62. Defendants reallege their responses to Paragraph 1 through 36 as fully set forth herein.

63. Defendants admit that Ferreira was aware of the existance of Plaintiff's right to inherit their share of the net trust assets.

64. Denied

65. Denied

Wherefore, Defendants pray that Plaintiffs' Complaint be dismissed and they be awarded attorney's fees plus costs.

COUNT VII

66. Defendants reallege their responses to Paragraph 1 through 36 as fully set forth herein.

67. Admit

68. Denied

69. Denied

Wherefore, Defendants pray that Plaintiffs' Complaint be dismissed and they be awarded attorney's fees plus costs.

COUNT VIII

70. Defendants reallege their responses to Paragraph 1 through 36 as fully set forth herein.

71. Denied

72. Denied

73. Denied

74. Denied

75. Denied

76. Denied

Wherefore, Defendants pray that Plaintiffs' Complaint be dismissed and they be awarded attorney's fees plus costs.

COUNT IX

77. Defendants reallege their responses to Paragraph 1 through 76 as fully set forth herein.

78. Denied

79. Denied

Wherefore, Defendants pray that Plaintiffs' Complaint be dismissed and they be awarded attorney's fees plus costs.

COUNT X

80. Defendants reallege their responses to Paragraph 1 through 36 as fully set forth herein.

81. Denied

82. Denied

Wherefore, Defendants pray that Plaintiffs' Complaint be dismissed and they be awarded attorney's fees plus costs.

COUNT XI

83. Defendants reallege their responses to Paragraph 1 through 36 as fully set forth herein.

84. Denied

Wherefore, Defendants pray that Plaintiffs' Complaint be dismissed and they be awarded attorney's fees plus costs.

COUNT XII

85. Defendants reallege their responses to Paragraph 1 through 36 as fully set forth herein.

86. Denied

87. Denied

88. Denied

Wherefore, Defendants pray that Plaintiffs' Complaint be dismissed and they be awarded attorney's fees plus costs.

COUNT XIII

89. Defendants reallege their responses to Paragraph 1 through 88 as fully set forth herein.

90. Admit

91. Denied

92. Denied

93. Denied

Wherefore, Defendants pray that Plaintiffs' Complaint be dismissed and they be awarded attorney's fees plus costs.

COUNT XIV

94. Defendants reallege their responses to Paragraph 1 through 82 and 89 through 93 as fully set forth herein.

95. Denied

96. Denied

97. Denied

98. Denied

Wherefore, Defendants pray that Plaintiffs' Complaint be dismissed and they be awarded attorney's fees plus costs.

COUNT XV

99. Defendants reallege their responses to Paragraph 1 through 82 and 89 through 98 as fully set forth herein.

100. Denied

101. Denied

Wherefore, Defendants pray that Plaintiffs' Complaint be dismissed and they be awarded attorney's fees plus costs.

COUNT XVI

102. Defendants reallege their responses to Paragraph 1 through 82 and 89 through 101 as fully set forth herein.

103. Denied

104. Denied

Wherefore, Defendants pray that Plaintiffs' Complaint be dismissed and they be awarded attorney's fees plus costs.

**AFFIRMATIVE DEFENSES**

Defendants affirmatively plead the following affirmative defenses:

1. Accord and satisfaction

2. Failure of consideration

3. Laches

4. Payment

5. Release

6. Waiver

DANIEL FERREIRA, Individually,
DANIEL FERREIRA in his capacity as Trustee of the Deolinda C. Ferreira Living Trust,
DANIEL FERREIRA, in his capacity as Trustee of the Daniel and Evelyn Ferreira Living Trust,
EVELYN FERREIRA, Individually,
EVELYN FERREIRA, in her capacity as Trustee of the Daniel and Evelyn Ferreira Living Trust, &
THE DANIEL and EVELYN FERREIRA LIVING TRUST
Defendants,
By their Attorney,

Marvin Homonoff, Esquire #1667
Homonoff, Levine & Pulner
367 South Main Street
Providence, RI 02903
(401) 521-3100

CERTIFICATION

I, the undersigned, hereby certify that on the 23rd day of November, 2005 I mailed a true copy of the within Answer to Carl S. Levin, Esquire, Armstrong, Gibbons & Gnys, LLP, 155 South Main Street, Suite 301, Providence RI 02903.

Diana DeVreires