**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

RICHARD HOGEBOOM, MARY NARDULLI,
BRADFORD SPECK, MARY LOU SIMMONS,
& RAYMOND SPECK,

VS. C.A. NO: 05-464ML

DANIEL FERREIRA, Individually,
DANIEL FERREIRA, in his capacity as Trustee of the
Deolinda C. Ferreira Living Trust, et al

**DEFENDANTS' MOTION TO AMEND ANSWER**

Defendants hereby move, pursuant to Federal Rule of Civil Procedure 15(a), for leave to amend their answer to the plaintiffs' complaint. Defendants seek to change their answer to Paragraph 36 of the Plaintiffs' Complaint from "admit" to "denied", in the form annexed hereto, for the reasons discussed in Defendants' Memorandum in Support of their Motion to Amend Answer, which is submitted herewith.

Defendants,
By their Attorney,

Marvin Homonoff, Esquire #1667
Homonoff, Levine & Pulner
369 South Main Street
Providence, RI 02903
401-521-3100
401-453-1177 FAX

CERTIFICATION

I, the undersigned, hereby certify that on the 7th day of February, 2006 I hand delivered a true copy of the within document to Carl S. Levin, Esquire, Armstrong, Gibbons & Gnys, LLP, 155 South Main Street, Suite 301, Providence RI 02903.

Diana DeVivros

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

RICHARD HOGEBOOM, MARY NARDULLI,
BRADFORD SPECK, MARY LOU SIMMONS,
& RAYMOND SPECK,

VS. C.A. NO: 05-464ML

DANIEL FERREIRA, Individually,
DANIEL FERREIRA, in his capacity as Trustee of the
Deolinda C. Ferreira Living Trust, et al

**DEFENDANTS' MEMORANDUM IN SUPPORT OF THE MOTION TO AMEND THEIR ANSWER**

Defendants request leave to amend their Answer to the Plaintiffs' Complaint, pursuant to Rule 15(a) of the Federal Rules of Civil Procedure. Defendants request this amendment in order to deny the existence of federal diversity jurisdiction, pursuant to 28 U.S.C. § 1332(a), over this matter in this Court. Subsequent to the filing of the Answer, investigation and research has revealed that the Decedent Deolinda C. Ferreira, was a resident of the State of Rhode Island. Although Defendants Daniel Ferreira and Evelyn Ferreira are individually residents of Massachusetts, the main focus of Plaintiffs' allegations is on Daniel Ferreira's activities *in his capacity as Trustee of the Deolinda C. Ferreira Trust, i.e. in his capacity as representative of Deolinda's Estate.*

Because Deolinda C. Ferreira was a Rhode Island resident, the state of citizenship for Daniel Ferreira in his representative capacity in the State of Rhode Island. See 28 U.S.C. § 1332:

> 28 U.S.C. § 1332. Diversity of citizenship; amount in controversy; costs
> (a) The District Courts shall have original jurisdiction of all civil action where the matter in controversy exceeds the sum of value of $75,000, exclusive of interest and costs, and is between (1) citizens of different States;

* * *

(c) For the purposes of this section and section 1441 of this title –

* * *

**(2) the legal representative of the estate of a decedent shall be deemed to be a citizen only of the same State as the decedent, and the legal representative of an infant or incompetent shall be deemed to be a citizen on of the same State as the infant or incompetent. (emphasis added)**

Because three of the five Plaintiffs are also resident of the State of Rhode Island, diversity of citizenship between Plaintiffs and Defendants is absent.

Since the Plaintiffs' allegations against Daniel Ferreira focus almost exclusively on his activities as Trustee, his presence as *Trustee* in this litigation is necessary to a just adjudication. *See* Fed. Rule Civ. Proc. 19(a). Therefore, dropping Daniel Ferreira in his capacity as *Trustee* in order to restore diversity of citizenship would make it impossible to dispose of the central claims raised in this case, and would not serve the interests of justice.

Defendants are in the process of preparing a Motion to Dismiss the Plaintiffs' Complaint, based on the grounds raised above, as well as on the doctrine of federal abstention accordingly, they request that they be permitted to amend their Answer to deny the existence of federal diversity jurisdiction.

Defendants,
By their Attorney,

Marvin Homonoff, Esquire #1667
Homonoff, Levine & Pulner
369 South Main Street
Providence, RI 02903
401-521-3100
401-453-1177 FAX

CERTIFICATION

I, the undersigned, hereby certify that on the 7th day of February, 2006 I hand delivered a true copy of the within document to Carl S. Levin, Esquire, Armstrong, Gibbons & Gnys, LLP, 155 South Main Street, Suite 301, Providence RI 02903.

Diana DiAmerico