**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

RICHARD HOGEBOOM, MARY NARDULLI,
BRADFORD SPECK, MARY LOU SIMMONS,
& RAYMOND SPECK,

VS. C.A. NO: 05-464ML

DANIEL FERREIRA, Individually,
DANIEL FERREIRA, in his capacity as Trustee of the
Deolinda C. Ferreira Living Trust, et al

**DISMISSAL STIPULATION**

Case dismissed with prejudice. No interest. No costs.

Plaintiffs' Attorney,

Carl S. Levin, Esquire
Armstrong, Gibbons & Gnys, LLP
155 South Main Street, Suite 301
Providence RI 02903

Defendants' Attorney,

Marvin Homonoff, Esquire #1667
Homonoff, Levine & Pulner
369 South Main Street
Providence, RI 02903

Enter:
Mary M. Lisi
USDJ 6/27/06

RECEIVED
JUN 27 2006
Property of U.S. District Court
District of Rhode Island